UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| JULIE SCHNIEDER,<br><br>                               Plaintiff,<br><br>v.<br><br>ALICIA MOLINA, et al,<br><br>                               Defendants. | Case No.:  22-cv-1666-CAB-DDL<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION**<br><br>**[Doc. No. 35]** |
|---|---|

Plaintiff Julie Schneider filed this action on October 26, 2022, alleging the wrongful foreclosure of her home at 9272 Brookside Circle, Spring Valley, CA. The Court dismissed with prejudice Plaintiff's sole federal claim under the Fair Debt Collection Practices Act ("FDCPA") on January 26, 2023. Plaintiff has since filed multiple documents not in compliance with the local rules, which were rejected by the Court.

Plaintiff now files a motion for reconsideration, presumably under Federal Rule of Civil Procedure 60(b), and asks the court to issue default judgment on Defendants Nestor Trustee Services, Freedom Mortgage Corporation, Stan Moskowitz, and Stanly Middleman. "The moving party under Rule 60(b) is entitled to relief from judgment for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence; (3) fraud, misrepresentation, or other misconduct of an adverse party;

1

(4) the judgment is void; (5) the judgment has been satisfied, released, or discharged; or (6) any other reason justifying relief from the operation of the judgment." *Am. Ironworks & Erectors, Inc. v. N. Am. Const. Corp.*, 248 F.3d 892, 899 (9th Cir. 2001).

Plaintiff does not satisfy the requirements for reconsideration. Plaintiff merely states that foreclosure has been "fully brought" on the home. No new facts have been raised for the Court to reconsider, nor has Plaintiff pointed the Court to any new law that would render Plaintiff's FDCPA claim actionable. Therefore, Plaintiff's motion for reconsideration is **DENIED.** This case remains **CLOSED.** No further filings will be accepted.

It is **SO ORDERED**.

Dated:  October 18, 2023

_____
Hon. Cathy Ann Bencivengo
United States District Judge